IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02086-GPG

LEROY BUHL,

      Plaintiff,

v.

PATRICIA RANGEL,
D. BERKEBILE,
BOB CUSTARD,
ANTHONY OSAGIE,
CHARLES E. SAMUELS, JR., and
FEDERAL BUREAU OF PRISONS,

      Defendants.

---

## ORDER OF DISMISSAL

---

On August 12, 2014, the Court denied Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action because he is subject to the filing restriction in § 1915(g).  The Court also ordered Plaintiff to pay the full amount of $400.00 ($350.00 filing fee, plus a $50.00 administrative fee) within thirty days if he wishes to pursue his claims in this action.  The Court warned Plaintiff that the action would be dismissed without further notice if he failed to pay the full amount of $400.00 within thirty days.

On October 15, 2014, Plaintiff's appeal from the order denying him leave to proceed *in forma pauperis* was dismissed and the mandate was issued.  On October 17, 2014, Magistrate Judge Boyd N. Boland entered a minute order directing Plaintiff to pay the required filing and administrative fees on or before October 31, 2014.  On

October 29, 2014, Magistrate Judge Boland entered another minute order granting Plaintiff an extension of time until November 14, 2014, to pay the required filing and administrative fees.  Plaintiff again was warned that the action would be dismissed without further notice if he failed to pay the full amount of $400.00 within the time allowed.

Plaintiff has failed within the time allowed to pay the required filing and administrative fees as directed.  Therefore, the action will be dismissed.  Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to pay the required filing and administrative fees as directed.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this _20th_ day of ___November___, 2014.

BY THE COURT:


___s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court